UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **September 18, 2004**
**De La Hoya/Hopkins**, Program



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 3 2005 ★
BROOKLYN OFFICE

NOTICE OF SETTLEMENT AND
ADMINISTRATIVE DISMISSAL

Plaintiff,
-against-

Civil Action No. 05-CV-0940 (JG)
Honorable John Gleeson

**ZVONIMIR DUMANICIC**, Individually, and as officer,
director, shareholder and/or principal of LIBERTY
BAR & GRILL INC. d/b/a LIBERTY BAR, and
LIBERTY BAR & GRILL INC. d/b/a LIBERTY BAR,
Defendants.
-----------------------------------------------------------

MAY 2 5 2005

**GARDEN CITY BOXING CLUB, INC.,** Plaintiff in the above entitled action, hereby has

compromised the within and foregoing action, and no party named herein being an infant or incompetent,

Plaintiff herewith moves to dismiss the above-styled action without prejudice and without cost to either

party pursuant to Rule 41 of the Federal Rules of Civil Procedure. This is based upon a settlement made

between Plaintiff and Defendant wherein the Defendants will pay a certain consideration over a period of

time not to exceed January 20, 2006.

Plaintiff also moves to reserve the right, in the event of any non-payment by the Defendants named

herein, to reopen and reinstate its claim against the Defendants.

Dated: April 18, 2005                                    **GARDEN CITY BOXING CLUB, INC.**

By: /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 04-4-E12V*

SO ORDERED this 25th day of May, 2005.
s/John Gleeson
HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE